Joseph H. Harrington
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:19-CR-45-WFN |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 1591(a)(1), (b)(2) Child Sex Trafficking (Counts 1, 2, 3) |
| CARLOS SALGADO VELASQUEZ, | |
| Defendant. | 18 U.S.C. § 1591(a)(1), (b)(1) Sex Trafficking by Force, Fraud, or Coercion (Count 4) |
| | 18 U.S.C. § 2252A(a)(2)(A), (b)(1) Receipt of Child Pornography (Count 5) |
| | 18 U.S.C. §§ 1594, 2253 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but no later than September 2016, and continuing to on or about September 2018, in the Eastern District of Washington

INDICTMENT – 1
S:\Criminal Forms Spokane and Yakima\Indictments_Informations\01 Indictment\Indictment.dotm

the Defendant, CARLOS SALGADO VELASQUEZ, in and affecting interstate and foreign commerce, did knowingly, obtain, solicit and patronize by any means a person, namely Confidential Victim 1, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Confidential Victim 1, that Confidential Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(2).

## COUNT 2

On or about September 13, 2016, in the Eastern District of Washington, the Defendant, CARLOS SALGADO VELASQUEZ, in and affecting interstate and foreign commerce, did knowingly, obtain, solicit and patronize by any means a person, namely Confidential Victim 2, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Confidential Victim 2, that Confidential Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(2).

## COUNT 3

Beginning on or about February 2018 and continuing to on or about June 27, 2018, in the Eastern District of Washington, the Defendant, CARLOS SALGADO VELASQUEZ, in and affecting interstate and foreign commerce, did

knowingly, obtain, solicit and patronize by any means a person, namely Confidential Victim 3, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Confidential Victim 3, that Confidential Victim 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(2).

COUNT 4

Beginning on or about February 2018 and continuing to on or about June 27, 2018, in the Eastern District of Washington, the Defendant, CARLOS SALGADO VELASQUEZ, in and affecting interstate and foreign commerce, did knowingly, obtain, solicit and patronize by any means a person, namely Confidential Victim 3, knowing and in reckless disregard of the fact, that a means of force, threats of force, fraud, and coercion would cause Confidential Victim 3 to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1), (b)(1).

COUNT 5

On or about June 27, 2018, in the Eastern District of Washington and elsewhere, the Defendant, CARLOS SALGADO VELASQUEZ, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting a minor child engaging in sexually explicit

conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 1594 and 2253.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. § 1591, the Defendant, CARLOS SALGADO VELASQUEZ, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2252A(a)(2), (b)(1), as alleged in this Indictment, the Defendant, CARLOS SALGADO VELASQUEZ, shall forfeit to the United States of America any visual depiction described in section 2252A of that chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real

or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 5th day of March, 2019.

A TRUE BILL

_____
Foreperson

*Joseph H. Harrington* (signature)
Joseph H. Harrington
United States Attorney

*Ann T. Wick* (signature)
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 5
S:\Criminal Forms Spokane and Yakima\Indictments_Informations\01 Indictment\Indictment.dotm