FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   -vs-<br><br>CARLOS SALGADO VELASQUEZ,<br><br>           Defendant. | No.   2:19-CR-0045-WFN-1<br><br>SECOND PROTECTIVE ORDER RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND |

Before the Court is the Second Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband signed by Ann Wick, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant, and Defendant's attorney, Sandy Baggett.

The parties have stipulated to review procedures for child pornography contraband. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that the Second Stipulated Motion Re: Computer Forensic Review Procedures for Child Pornography Contraband, filed November 27, 2019, **ECF No. 60**, is **GRANTED**. The Court enters this Stipulation and further Orders:

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

If the defense expert makes any copies of the material contained on the extraction copy containing child pornography, HSI has the authority to search defense expert's copy for child pornography images.

SECOND PROTECTIVE ORDER - 1

1    The District Court Executive is directed to file this Order and provide copies to

2    counsel.

3    **DATED** this 3rd day of December, 2019.

4

5    _____

     WM. FREMMING NIELSEN

6    12-03-19                SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28